No. 77–875. RANKIN v. OHIO. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 77–877. HORTON ET AL. v. OKLAHOMA CITY, OKLAHOMA, ET AL. Appeal from Sup. Ct. Okla. dismissed for want of substantial federal question. 

No. 77–883. DAPPOLONIA v. BOARD OF CHIROPRACTIC EXAMINERS OF FLORIDA. Appeal from Dist. Ct. App. Fla., 4th Dist., dismissed for want of substantial federal question. 

No. 77–862. CAL-CUT PIPE & SUPPLY, INC., DBA WESTERN PIPE & TUBE CO. v. SOUTHERN IDAHO PIPE & STEEL Co. Appeal from Sup. Ct. Idaho dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 77–934. LAWRENCE ET AL. v. BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 77–5908. HAMPTON v. ALASKA. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 77–5938. LAYTON ET AL. v. OHIO. Appeal from Ct. App. Ohio, Hancock County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.